Peter P. Brotzen      # 53230
Gregory L. Anderson   #129931
DWYER, DALY, BROTZEN & BRUNO, LLP
550 South Hope Street, Suite 1900
Los Angeles, California 90071-2632
Tel. (213)627-9300
Fax (213)624-1638

Arthur I. Willner, Esq.   #118480
BERGER KAHN, A Law Corporation
4551 Glencoe Avenue, Suite 300
Marina del Rey, California 90292
Tel. (310) 821-9000
Fax (310) 775-8775

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**NOTE CHANGES MADE BY THE COURT**

| | |
|---|---|
| MARIO VENEGAS, ELIZABETH R. VENEGAS, CARLOS VENEGAS, MARY ESTHER ANGULO, ALMA ROSE ARENCIBIA, MARIO VENEGAS, JESSE L. VENEGAS, JULIAN J. VENEGAS, individually and as Successors in Interest to the ESTATE OF CONCEPCION R. VENEGAS, Deceased, and ELODIA RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., and DOES 1 through 20,<br><br>Defendants. | Case No. CV 06-07195 WDK (Ex)<br><br>[~~PROPOSED~~] JUDGMENT ON JURY VERDICT |

The above-entitled action was tried by a jury with the Honorable William D. Keller, judge of the United States District Court presiding, and the jury has rendered a verdict.

It is ordered that judgment is entered in favor of Defendant SOUTHWEST AIRLINES CO. and against Plaintiffs MARIO VENEGAS, ELIZABETH R. VENEGAS, CARLOS VENEGAS, MARY ESTHER ANGULO, ALMA ROSE ARENCIBIA, JESSE L. VENEGAS, JULIAN J. VENEGAS, individually and as Successors in Interest to the ESTATE OF CONCEPCION R. VENEGAS, Deceased, and ELODIA RAMIREZ who shall recover nothing, the action be dismissed on the merits, and the Defendant, SOUTHWEST AIRLINES CO. shall recover its costs from the Plaintiffs ~~in the sum of $~~, pursuant to local rules, in the sum to be determined by the Clerk of the Court.

Date: JAN - 4 2008

~~Clerk of the Court~~ U.S. DISTRICT JUDGE

WILLIAM D. KELLER

DWYER, DALY, BROTZEN & BRUNO, LLP
550 SOUTH HOPE STREET, SUITE 1900
LOS ANGELES, CALIFORNIA 90071-2632

Judgmt(proposed).wpd

-2-

**[PROPOSED] JUDGMENT ON JURY VERDICT**